1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HENRY FROMETA GOZALEZ,          )
                                )
            Plaintiff,          )          2:13-cv-00157-APG-NJK
                                )
vs.                             )
                                )          **ORDER**
JAMES GREG COX, *et al.*,       )
                                )
            Defendants.         )
_____/

14    Henry Frometa Gozalez, an individual incarcerated at the High Desert State Prison, has

15  submitted a *pro se* Civil Rights Complaint (received January 30, 2013), but has not paid the required

16  filing fee of $350 or filed a complete application to proceed in *forma pauperis.* It appears from the

17  documents plaintiff has provided that he has attempted to obtain a financial certificate, but that none

18  was provided by the prison administration.  However, without that certificate, signed by an

19  authorized prison official, the application to proceed in *forma pauperis* cannot be granted.  28

20  U.S.C. § 1915(a); LSR 1-2.  Moreover, plaintiff has not provided the financial certificate during the

21  time the matter has been pending.  The matter is subject to dismissal on that basis.

22    Also of note is the nature of plaintiff's claims, which argue that he is being held in prison

23  beyond the date that his sentence should have expired in violation of the Eighth Amendment. If

24  plaintiff's section 1983 claims necessarily implicate the validity of his continuing confinement, the

25  claims do not accrue unless and until the conviction or sentence is reversed, expunged, invalidated,

26  or impugned by the grant of habeas corpus. *Butterfield v. Bail*, 120 F.3d 1023, 1024 (9th Cir.

1   1997)(citing *Heck v. Humphrey*, 512 U.S. 477, 487 (1994)).  The United States Supreme Court has

2   held that a prisoner in state custody cannot use a § 1983 action to challenge "the fact or duration of

3   his confinement." *Wilkinson v. Dotson,* 544 U.S. 74, 78, 125 S.Ct. 1242 (2005) quoting  *Preiser v.*

4   *Rodriguez*, 411 U.S. 475, 489, 93 S.Ct. 1827 (1973).  He must seek federal habeas corpus relief (or

5   appropriate state relief) instead.

6        This matter shall be dismissed without prejudice.  Plaintiff is advised to bring this claim as a

7   petition for writ of habeas corpus, which should be brought in the first instance to the state court

8   where he was convicted. *See* 28 U.S.C. § 2254(b)(1).

9        Accordingly, this action is **DISMISSED**, without prejudice.  The Clerk shall enter judgment

10  accordingly.

11       **IT IS SO ORDERED.**

12           Dated this 30th day of April, 2013.

13

14

15           _____

             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

2